1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Los Angeles, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410

6  *Attorneys for Plaintiff*
   *Network Automation, Inc.*
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 | NETWORK AUTOMATION, INC., a      ) CASE NO. CV 10-0484 CBM (CWx)
12 | California Corporation,          )
   |                                  ) **JOINT STATUS REPORT**
13 |                   Plaintiff,     )
   |        vs.                       )
14 |                                  )
   | ADVANCED SYSTEMS CONCEPTS,       )
15 | INC., a New Jersey Corporation; and )
   | DOES 1-10, inclusive,            )
16 |                                  )
   |                   Defendant.     )
17 | ADVANCED SYSTEMS CONCEPTS,       )
   | INC., a New Jersey corporation,  )
18 |                                  )
   |           Counterclaim-Plaintiff, )
19 | v.                               )
   |                                  )
20 | NETWORK AUTOMATION, INC., a      )
   | California corporation,          )
21 |                                  )
   |           Counterclaim-Defendant )
22 |                                  )

23

24

25

26

27

28

Pursuant to the Court's March 28, 2011 Order, Plaintiff /Counter-Defendant Network Automation, Inc. and Defendant/Counterclaimant Advanced Systems Concepts, Inc. hereby submit this Joint Status Report.

The parties are currently engaged in settlement discussions and will advise the Court if and/or when a settlement has been reached.

Dated: April 11, 2011    BLAKELY LAW GROUP

By:   /s/ Brent H. Blakely
Brent H. Blakely
Cindy Chan
***Attorneys for Plaintiff***
***Network Automation, Inc.***

Dated: April 11, 2011    FOX ROTHSCHILD LLP

By:   /s/ James E. Doroshow (with permission)
James E. Doroshow
Phillip F. Shinn
Alan C. Chen
***Attorneys for Defendant Advanced***
***Systems Concepts, Inc.***